Decided June 13, 1995

LORETTA BALL *v.* LARRY L. BALL

The defendant's petition for certification for appeal from the Appellate Court, 37 Conn. App. 908 (AC 13161), is denied.

*Tony Ghecas,* in support of the petition.

Decided June 13, 1995

CHASE MANHATTAN BANK *v.* WILLIAM H. GILBERT ET AL.

The defendant Dorothy Lerner's petition for certification for appeal from the Appellate Court, 37 Conn. App. 910 (AC 13467), is denied.

*Dorothy Lerner,* in support of the petition.

Decided June 13, 1995

STEPHEN CESLIK *v.* LAUREN WINER

The plaintiff's petition for certification for appeal from the Appellate Court, 37 Conn. App. 919 (AC 12317), is denied.

*Stephen Ceslik,* pro se, in support of the petition.

Decided June 13, 1995